IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAMIAN R. DARNES, SR.,
    Plaintiff,

vs.                                                    Case No.: 3:13cv286/RV/EMT

DAVID MORGAN,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff initiated this case by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1; *see also* amended complaint at doc. 4). By order dated May 22, 2013, the court granted Plaintiff's motion to proceed in forma pauperis and gave him thirty (30) days in which to pay, as provided in 28 U.S.C. § 1915(b)(1)(A), an initial partial filing fee in the amount of $4.83 (doc. 6). Plaintiff filed a motion to waive the initial partial filing fee, which the court denied (docs. 7, 8). The court did, however, grant Plaintiff an additional twenty-one (21) days in which to pay the initial partial filing fee (doc. 8), which made the fee due on July 23, 2013. Plaintiff failed to pay the initial partial filing fee by that date, and he also failed to pay it by August 30, 2013, the date an additional extension granted by the court expired (*see* docs. 10, 11).[1] On September 5, 2013, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for the failure to comply with an order of the court (doc. 12). The time for compliance with the show cause order has now elapsed, and Plaintiff has not responded.

---

[1] In a document docketed August 14, 2013, Plaintiff advised the court that he expected to be released from custody on August 20 or August 30, 2013 (doc. 11). Plaintiff has not informed the court of his actual release, however, nor has he advised the court of any change of address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 3rd day of October 2013.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only.** A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**